UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARLON MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FOOD LION, LLC, | ) | 5:23-CV-327-BO-RJ |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by the Court.**

This cause comes before the Court on the memorandum and recommendations of United States Magistrate Judge Robert B. Jones. [DE 52]; [DE 56]. Plaintiff has filed objections to the memorandum and recommendations (M&R), defendant has not responded to plaintiff's objections, and the time for doing so has passed. In this posture, the M&Rs are ripe for disposition. Also pending and ripe for disposition are plaintiff's motion for judicial notice and request for reassignment [DE 49]; plaintiff's motion to declare void judgment [DE 50]; and plaintiff's motion to strike answer [DE 59].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's objections to the M&Rs are OVERRULED. The M&Rs at [DE 52] and [DE 56] are ADOPTED in full. Plaintiff's motion to strike and enter default judgment [DE 44] is DENIED. Magistrate Judge Jones' order [DE 52] denying plaintiff's motion to enforce and his spoliation motion is AFFIRMED. Defendant's motion for judgment on the pleadings [DE 42] is GRANTED. Plaintiff's complaint is hereby DISMISSED. Plaintiff's motion to vacate as void the magistrate recommendation [DE 53] is DENTED. Plaintiff's remaining motions [DE 49]; [DE 50]; [DE 59] are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on September 30, 2025, and served on:**
Marlon Mack (via CM/ECF Notice of Electronic Filing)
Dwight Rodgers, Jr. (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, J., CLERK

September 30, 2025

*Lindsay Stouch*
By: Deputy Clerk